## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TINA A. GIVENS** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| **E S& H, INC.** | **MAGISTRATE JUDGE** |
| **and TEAM LABOR FORCE, LLC** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT UNDER ADMIRALTY AND GENERAL MARITIME LAW

NOW INTO COURT, through the undersigned counsel, comes plaintiff, Tina Angel Givens (sometimes hereafter "Tina Givens"), a resident and domiciliary of the full age of majority of the Parish of St. Charles, State of Louisiana, who respectfully represents the following:

1.

This case is cognizable under maritime jurisdiction pursuant to the general maritime laws of the United States of America. Alternatively, this is an admiralty claim falling within the purview of rule 9 (h) of the Federal Rules of Civil Procedure. Venue is proper as all of the actions described herein occurred within the Eastern District of Louisiana, and Defendants' principal places of business are located within the Eastern District of Louisiana.

2.

Made defendants herein are:

a.   ES & H, Inc., a Louisiana corporation authorized to do and doing business in the State of Louisiana with their principal place of business in Louisiana located at 1730 Coteau Road, Houma, Louisiana 70364; and

b.   Team Labor Force, LLC, a Louisiana limited liability company authorized to do and doing business in the State of Louisiana with their principal place of business in Louisiana located at 1730 Coteau Road, Houma, Louisiana 70364.

3.

Defendants, ES & H, Inc. and/or Team Labor Force, LLC, are severally, jointly and solidarily indebted unto plaintiff, Tina Givens, for all damages as are just and reasonable in the premises, for the following:

4.

At all times pertinent hereto and specifically on or about March 24, 2011, plaintiff, Tina Givens, was permanently employed by and actually working within the course and scope of her employment for her employer, Team Labor Force, LLC, as an oil clean-up worker.

5.

At all times pertinent hereto, Plaintiff was not a worker within the intendment of the Jones Act, 46 U.S.C. §30104.

6.

On or about March 24, 2011, and at all times pertinent hereto, Plaintiff, Tina Givens, was a worker covered by the state workers' compensation laws of Louisiana, Louisiana Revised Statutes 23:1021, et seq.

7.

On or about March 24, 2011, ES & H, Inc. was the operator, bare boat charterer and/or owner of the vessel, Ms. Rebecca.

8.

On or about March 24, 2011, Tina Givens was instructed by the supervisor of her employer, Team Labor Force, LLC, to board the vessel, Ms. Rebecca, located on the navigable waters of the

United States, near Grand Isle, Louisiana. Plaintiff loaded onto the Ms. Rebecca to be transported for clean up work on a beach located on an island near Grand Isle, Louisiana.  While Plaintiff was standing at the aft of the vessel near the closed engine room hatch, a worker in the employ of Defendant, ES & H, Inc., standing behind Tina Givens opened the engine room hatch without providing warning to the Plaintiff. Plaintiff turned to enter the cabin of the vessel and fell into the open hatch of the engine room aboard the Ms. Rebecca.

9.

As a result of the above described accident, the Plaintiff, Tina Givens, suffered severe and debilitating injuries to her body, including injury to her left leg, arms, neck and back through no fault of her own.

10.

ES & H, Inc. and/or Team Labor Force, LLC are vicariously liable for the negligence, actions and inactions of their employees, servants, representatives, agents, and/or workers through the theory of respondeat superior.

11.

The aforementioned accident and personal injuries of Tina Givens was proximately and directly caused by the negligence of defendants, ES & H, Inc. and/or Team Labor Force, LLC , their agents, servants and/or employees or anyone else for whom they may be responsible, in the following non-exclusive particulars:

a.      Failing to properly train their employees;

b.      Failing to provide proper supervision;

c.      Failing to warn Plaintiff of the impending accident;

Page 3 of  6

d.      Negligently operating their vessel;

e.      Failing to properly secure equipment;

f.      Failing to keep a proper lookout;

g.      Failing to discover a hazardous condition;

h.      Failure to provide a safe work environment;

i.      Allowing an unsafe condition to exist on board the vessel; and,

j.      Any other acts of negligence to be proven at or before the trial of this matter.

12.

As a direct and proximate result of the aforementioned negligent acts of the defendants, ES

& H, Inc. and/or Team Labor Force, LLC, their agents, servants and/or employees or anyone else for

whom they may be responsible, your complainant has sustained severe and permanent disabling

injuries which combined to cause the following pecuniary and non-pecuniary losses, as follows:

a.      Physical and mental pain and suffering, past, present and future;

b.      Mental anguish, emotional distress, psychological trauma, past, present, and
        future;

c.      Loss of wages and benefits and impairment of earning capacity, past, present and
        future;

d.      Medical and pharmaceutical expenses, past, present and future;

e.      Loss of enjoyment of life, past, present, and future;

f.      Loss of insurability;

h.      Vocational rehabilitation expenses; and,

i.      Permanent physical and mental disability and impairment of bodily function, past,

present and future.

13.

The Defendants, ES & H, Inc. and/or Team Labor Force, LLC, pursuant to the general maritime laws of the United States of America, have an absolute and non-delegable duty to provide the Plaintiff with a safe and seaworthy vessel, and to provide same with a reasonably safe place to work.

14.

The vessel, Ms. Rebecca, which is owned and/or operated by defendants, was unseaworthy by reason of the aforementioned acts alleged, and the injuries suffered and sustained by Plaintiff were caused, directly and proximately as a result of the unseaworthiness of said vessel.

15.

As a result of the unseaworthiness of said vessel, and the injuries caused thereby, Plaintiff suffered damages and injuries for which the Defendants are liable unto her as are reasonable in the premises.

16.

As a result of the aforementioned acts of negligence and unseaworthiness, the Plaintiff was rendered, and remains, unfit for duty.

17.

Plaintiff requests that the issues of this case be decided by jury.


**WHEREFORE,** Plaintiff, Tina Angel Givens, prays that the defendants, ES & H, Inc. and/or Team Labor Force, LLC , be served with a copy of this complaint and summoned to appear and answer

same within the delays provided by law and that after the expiration of all legal delays and due

proceedings had, that there be a judgment rendered herein in her favor, and against the Defendants,

for such damages as are reasonable in the premises, together with legal interest thereon from the date

of injury until paid and for all costs of these proceedings.

**FURTHER**, plaintiff prays that this matter be tried by jury; and,

**FURTHER,** the plaintiff prays for all general and specific relief for which she petitioned and for

all other just and equitable relief as may be reasonable in the premises.

> Respectfully submitted,
>
> V. Jacob Garbin (T.A.), La Bar No. 27808
> William S. Vincent, Jr. La. Bar No.13094
> W. Jared Vincent, La. Bar No. 27695
> 2018 Prytania Street
> New Orleans, Louisiana 70130
> Telephone: (504) 522-3220
> Facsimile: (504) 568-1408
> E-mail: jacob@wsvjr.com; wsvincent@wsvjr.com;
>         jared@wsvjr.com

**PLEASE ISSUE SUMMONS:**

**E S & H, Inc.**
Through their agent
Lawrence X. Boucvalt, III
1730 Coteau Road
Houma, LA 70364

**Team Labor Force, LLC**
Through their agent
Eddie N. Pullaro
1054 West Tunnel Boulevard
Houma, LA 70360

**ES & H, Inc.**
Through their agent
Eddie N. Pullaro
1054 West Tunnel Boulevard
Houma, LA 70360